Received on
December 28th 2020

Brooklyn Pro Se Office

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
*Eastern* District of *New York*

_____ Division

20-CV-6317

KOVNER, J.
SCANLON, M.J.

Elektra Dior

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

New York City Department of Education

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☑Yes ☐No

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 2 8 2020 ★

**BROOKLYN OFFICE**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Elektra E. Dior
Street Address     518 12th street, Apt 32
City and County     Brooklyn, Kings County
State and Zip Code     New York, 11215
Telephone Number     917-617-3492
E-mail Address     Capelladior@icloud.com

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — New York City Department of Probation

Job or Title *(if known)*

Street Address — 33 Beaver Street

City and County — New York, NY City

State and Zip Code — New York, 10004

Telephone Number — 212-510-3933

E-mail Address *(if known)*

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name                      New York City Department of Protection
Street Address            198 E 161 Street
City and County           Bronx   Bronx County
State and Zip Code        New York   10451
Telephone Number          718 - 537 - 5395

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,
         color, gender, religion, national origin).

         *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a
         Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

         *(Note: In order to bring suit in federal district court under the Age Discrimination in
         Employment Act, you must first file a charge with the Equal Employment Opportunity
         Commission.)*

☑        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

         *(Note: In order to bring suit in federal district court under the Americans with Disabilities
         Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment
         Opportunity Commission.)*

☐        Other federal law *(specify the federal law)*:

☑        Relevant state law *(specify, if known)*:
         New York State and City Human Rights Law for
☐        Relevant city or county law *(specify, if known)*: Domestic Violence Victim Status

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [x] Other acts *(specify):* Unlawful Dismissal

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 15, 2019

C.     I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

The employer perceived me as having multiple mental health disabilities and used my domestic history against me ~~in a ... file before~~. The perceptions are incorrect.

E.     The facts of my case are as follows.  Attach additional pages if needed.

Before being hired by Department of Probation, my mental health records were illegally obtained by New York City Social Service. That information was accessible to my employer.

ON 11/18/18, I received notice of passing the Probation officer civil service Exam.
On 12/19/2018, I was hired as a probation officer for NYC Department of Probation.
On March 11, 2019, I was required to undergo a Psychological Evaluation. Record
if an old mental health diagnosis was foremost in the psychological evaluation, my
domestic violence history was also discussed ~~~~~~~~~~~~~~~~~~~~~~~~
~~SEE Exhibit ~~ of A. In a peculiar manner~~~~~~~~~~~~~~~

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of
your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the
relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or
my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct
on *(date)*

On or about February 18, 2020.

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)* September 29, 2020

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment
Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive
or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive
money damages.

Monetary compensation for lost wages, back pay, future pay,
Pain and suffering for my daughter and me who became homeless
for longer than we should be, because I lost my employment
abruptly. I would like the old incorrect Domestic Violence and
mental health misdiagnoses expunged to stop the harrassment
in the city of New York, so I can get employment and housing.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I need punitive damages for illegally obtaining my private mental health misdiagnoses and creating a paper trail that is causing employment discrimination and raising issues. Describe Reinstatement. Appropriate

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12 / 28 / 2020

Signature of Plaintiff

Printed Name of Plaintiff     Elektra Dive

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 520-2020-01256 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Elektra E. Dior** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **350 East 54th Street, Apt 3K, Nyc, NY 10022** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **NEW YORK CITY DEPARTMENT OF PROBATION** | **Unknown** | **(718) 537-5395** |

| Street Address | City, State and ZIP Code |
|---|---|
| **198 E 161 Street, Bronx, NY 10451** | |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
**FEB 18 2020**
**DATE RECEIVED**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 3/15/2019   Latest: 3/15/2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on December 10, 2018, as a probation officer with the above-named entity and worked well until March 15, 2019, when I was terminated when my employer perceived me as being disabled in violation of the American with Disabilities Act of 1990, as amended (ADA).

After receiving a psychological evaluation from my employer in which my past ADA recognized disability was revealed, my employer determined that I lacked 'emotional regulation & stress tolerance'; dutifulness and integrity and therefore I was terminated. My record of my disability was foremost in the psychological evaluator's discussion with me. I was told that having a weapon seemed to cause concern. To reiterate, my former employer focused on my past condition and determined that I was fragile and unfit to carry a weapon. I believe my employer determined that I had to be terminated after it perceived me as suffering with various disabilities such that I could not perform the essential functions of my job with or without an accommodation, all in violation of Federal, State and local laws.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements X |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/18/2020  _Date_    _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820

Via Email to CP:
capelladior@icloud.com

Ms. Elektra E. Dior
518 12th Street, Apt 3L
Brooklyn, NY 11215

Re:     Elektra Dior v. New York City Dept. of Probation
        EEOC Charge No. :520-2020-01256

Dear Ms. Dior:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your discrimination charge based upon the information and evidence you submitted.

Based on an analysis of the information submitted by both parties in this matter, the Commission is unable to conclude that the information obtained establishes violations of the Federal Laws enforced by this agency.  Therefore, your charge will be dismissed.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue.  Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge with 90 days of receipt of said notice.  Otherwise, your right to sue will be lost.  Please contact investigator Young at (929) 506 - 5309 if you have any questions.

Sincerely,

_Judy Keenan_                Dey
_____ for
Judy Keenan
District Director

September 29, 2020
_____
Date

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Ms. Elektra E. Dior<br>518 12th Street, Apt 3L<br>Brooklyn, NY 11215 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2020-01256 | **D. Young,**<br>**Investigator** | **(929) 506-5309** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Judy A. Keenan*

September 29, 2020

Dey

**Judy A. Keenan,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:
**Attn.: Mr. David H. Yin, Esq.**
**Assistant General Counsel**
**NEW YORK CITY DEPT. OF PROBATION**
**33 Beaver Street, 21st Floor**
**New York, NY 10004**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

> ➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
> ➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
> ➤ **Only one** major life activity need be substantially limited.
> ➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
> ➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
> ➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

> ➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
> ➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
> ➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
> ➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

# EXHIBIT B

# EXHIBIT C

**NYC DCAS**
Department of Citywide Administrative Services

# DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
BUREAU OF EXAMINATIONS
1 CENTRE STREET, 14th FLOOR
NEW YORK, NY 10007

## NOTICE OF RESULT
11/13/2018

SSN: XXX-XX-5354

ELEKTRA E. DIOR
350 E 54TH STREET APT 3K, C/O JENNIFER KIM
NEW YORK CITY, NY 10022

Congratulations. You have passed the examination for:

**Exam #: 8065 000  Exam Title: PROBATION OFFICER**
Your list number is **163**

As a result of your request, you may be considered for Selective Certification for:
**INTELLIGENCE UNIT - FULL TIME EXPERIENCE; SPECIALIZED PROGRAMS (ATP AND ACE) - FULL TIME EXPERIENCE; SPECIALIZED PROGRAMS (ATP AND ACE) WITH TRAINING - FULL TIME**
Your list number was determined by your adjusted final average as shown below:

| | | | |
|---|---|---|---|
| MC | Multiple Choice Test: | 87.500 | Weight: 100%   You took this test on 06/30/2018 |
| | FINAL AVERAGE: | 87.500 | |
| | ADJUSTED FINAL AVERAGE: | 87.500 | |

**MULTIPLE-CHOICE TEST APPEALS:**  If you believe that your examination was rated incorrectly, you may submit a written appeal of your score to DCAS, Committee on Manifest Errors, at the address shown below on this Notice. You must submit your appeal within 30 days of the date of this Notice. Your appeal must give specific reasons why your score should be higher. Multiple-Choice test appeals will result only in your test paper being re-scored. You may not dispute the final key that is used to rescore your test paper. Your appeal may result in a higher or lower rating.

**SELECTIVE CERTIFICATION:** This examination included Selective Certification.  Refer to the Notice of Examination to see if you are interested in or believe that you qualify for Selective Certification. The Selective Certification requirement may be met at any tim[e]

12/28/2020

Dear Sir or Madame:

Due to COVID 19 issues, I was unable to find an attorney in time, and I tried my best to complete the application before the EEOC Statute of Limitation which is tomorrow. Please allow me an opportunity to supplement my Response if necessary. The money order enclosed is for $150.00, because I did not know the actual court fee. When I attempted to ask today, there was no one available, due to COVID 19 changes. If the fee could be more than I am paying, please tell me or if I paid too much, please forward a refund of the balance. I can be reached @ 917-617-3692 or @ Capelladior@icloud.

Thank You, Electron Dir

Align top of FedEx Express® shipping label here.

Envelope



MS. Chilt
518 12th St
Brooklyn,

The Cle
U.S.D
225 C
Brook